NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PEDRO N. IBANEZ,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1113

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00767-LAS, Senior Judge Loren A. Smith.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

In response to this court's May 10, 2024 order, Pedro N. Ibanez submits ECF No. 21 and 22, appearing to seek "summary judgment" and to "take judicial notice" of "all evidence and arguments" he presented below.

To the extent Mr. Ibanez seeks summary reversal of the decision of the Court of Federal Claims, he has not shown that his position is "so clearly correct as a matter of

law that no substantial question regarding the outcome of the appeal exists." *Joshua v. United States*, 17 F.3d 378, 380 (Fed. Cir. 1994).

Having considered Mr. Ibanez's various filings, the court accepts ECF No. 19 as his opening brief and appendix, and accepts pages 3–7, 10–11 of ECF No. 21 and pages 2–12 of ECF No. 22 as additional appendix material. No additional filings will be permitted for the opening brief.

Accordingly,

IT IS ORDERED THAT:

(1) ECF No. 19, pages 1–3 is accepted for filing as Mr. Ibanez's informal opening brief; ECF No. 19, pages 4–12, 14–19 is accepted as the appendix to Mr. Ibanez's informal opening brief.

(2) ECF No. 21 and 22 are granted only to the extent that ECF No. 21, pages 3–7, 10–11 and ECF No. 22, pages 2–12 are accepted as additional pages to Mr. Ibanez's appendix. No paper copies of the informal opening brief or appendix will be required.

(3) The United States's response brief is due no later than 40 days from the date of entry of this order. The United States shall include a copy of the Court of Federal Claims's judgment in its supplemental appendix.

(4) The Clerk of Court shall transmit a copy of this order to the merits panel assigned to this case.

FOR THE COURT

July 25, 2024
Date

Jarrett B. Perlow
Clerk of Court