PEDRO N. IBANEZ, PRO SE
29915 MIRA LOMA DR. UNIT 29
TEMECULA, RIVERSIDE, CA 92592
951-452-0475
Admrpeter@yahoo.com

RECEIVED
SEP 23 2024
United States Court of Appeals
For the Federal Circuit

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

HOWARD T. MARKLEY BUILDING

717 MADISON PLACE, NW WASHINGTON DC 20439

| | |
|---|---|
| PEDRO N. IBANEZ, PRO SE<br>Plaintiff,<br>vs.<br>UNITED STATES<br>Defendant | Case No.: 24-1113<br><br>COMPLAINT FOR CONTINUING COPYRIGHT INFRINGEMENT UNDER US COPYRIGHT ACT OF 1976, TITLE 17 US CODE US CODE 28, SECTION 1498(B)<br><br>REBUTTAL TO DEFENDANT BRIEF |

MEMO TO CLERK: FILE BY DEMAND

Defendant Atty. Hicks (US legal team) speaking for US Government is no doubt a brilliant attorney, but is a "want to be" economist, which description plaintiff also uses for Honorable lower court Judge Smith, a "want to be" economist. Attorney Hicks and Judge Smith are Not able to discuss the economic concepts of Inflation, hyper Inflation and specific steps to prevent such hyper Inflation. Plaintiff discusses such terms in great detail in his 1998 book and 2020 Youtube Blog.

In the recent month of August 2024, the economic concept of Capping Business Net Profits

Has become widely discussed in the election media. Plaintiff discussed this Business Profits Capping concept in his 1998 book and 2020 Youtube blog.

Clearly Atty Hicks and Judge Smith are 'want to be" economists but have not shown any stated ability. Such opportunity were available in the dozens of pages Atty Hicks has written in this lawsuit.

Not wanting to "blow the mind" of this Honorable Court even more unnecessarily, Plaintiff Ibanez is not a stranger to Genius Work. Since October 2019, he has filed several Patent Applications with the US Patent and Trademark Office (USPTO) for inventions that produce Commercial clean water and commercial electricity, WITHOUT the need for solar, windmills, Nuclear and petroleum. Exhibit 2002 This invention uses 100plus PEOPLE BIKER POWER to Rotate a 5megawatt dynamo enough to light a small city. Dynamo of any size Must Be rotated To produce large amount of electricity. Plaintiff Ibanez is also doing research in Cancer and Has filed a patent application. He is at present being assisted by Honorable Congressman Daryl ISSA of California, who himself has 127 granted patents.

IN CONCLUSION, THE US GOVERNMENT MUST PROVE IT POSSESED OR OWN ECONOMICS LITERATURE THAT PROMOTES PRINTING OF UNLIMITED AMOUNTS MONEY (quantitative easing) PRIOR TO 1998, THAT EXPLAINS IN GREAT DETAIL IT CAN BE DONE SAFELY.

Defendant US Government cannot come up with this proof because no one else but the Plaintiff Mr. Ibanez authored a book prior to 1998 that discusses in great detail the printing of massive Amounts of money, SAFELY PRIOR TO 1998.

Dated this day of Month, year.

PEDRO N. IBANEZ, PRO SE
US NAVY (RET)

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NUMBER | FILING OR 371(C) DATE | FIRST NAMED APPLICANT | ATTY. DOCKET NO./TITLE |
|---|---|---|---|
| 18/815,646 | 08/26/2024 | Pedro N. IBANEZ | |

**CONFIRMATION NO. 6350**

*OC000000077531577*

165760
Pedro N. Ibanez
29915 Mira Loma Dr. #29
Temecula, CA 92592

Date Mailed: 09/11/2024

## NOTICE OF ACCEPTANCE OF AUTHORIZATION TO PERMIT ACCESS TO APPLICATION VIA PRIORITY DOCUMENT EXCHANGE

This is in response to the applicant's authorization to permit access to the application-as-filed by participating offices under 37 CFR 1.14(h)(1) submitted on 08/26/2024.

The authorization to permit access to the application under 37 CFR 1.14(h)(1) is accepted.

Questions about the contents of this notice and the requirements it sets forth should be directed to the Office of Data Management, Application Assistance Unit, at **(571) 272-4000** or **(571) 272-4200** or **1-888-786-0101**.

/mphongsavan/

EXH. 2002

P

US POSTAGE IMI 007840920184507 2000393842
$13.45
SSK
PM

09/20/24 Mailed from 92591 028W2310264

**PRIORITY MAIL®**

P N IBANEZ
APT 29
29915 MIRA LOMA DR
TEMECULA CA 92592-2229

3.40 oz
**RDC 03**

EXPECTED DELIVERY DAY: 09/24/24

SHIP
TO:

CLERK O COURT
US COURT OF APPEALS FED CIRCUIT
WASHINGTON DC 20439

**USPS TRACKING® NUMBER**

9505 5066 9866 4264 2689 35

AILI
DOME
schedule f
scan
USPS.