# United States Court of Appeals for the Federal Circuit

---

**PEDRO N. IBANEZ,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1113

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00767-LAS, Senior Judge Loren A. Smith.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 12, 2024
Date

Jarrett B. Perlow
Clerk of Court